# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ammon Joseph Ross Williams**<br>DOB: 1997; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-07189MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 26, 2019, at or near Hereford, in the District of Arizona, **Ammon Joseph Ross Williams**, knowing or in reckless disregard that certain aliens, including Julio Cesar Soto-Perez and Juan Rafael-Linares, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 26, 2019, at or near Hereford, Arizona, a Border Patrol (BP) camera operator observed a two individuals walking through the desert. Camera operator observed the two individuals running to and getting in a blue pickup truck that had pulled to the side of the road on State Route (SR) 92. The vehicle was encountered by Border Patrol agents and the Sierra Vista Police Department (SVPD) on SR 92. The SVPD officer conducted a traffic stop for failure to yield. BP agents conducting surveillance of the blue pickup truck activated their emergency lights and stopped behind the SVPDs vehicle. Agents were informed that multiple individuals were crouched down in the back of the truck's cab. The driver, identified as **Ammon Joseph Ross Williams**, and the two individuals from the back of the cab were asked to exit the vehicle. The individuals from the back of the cab were identified as Julio Cesar Soto-Perez and Juan Rafael-Linares, citizens of Mexico. It was determined that they were in the United States without proper documents to enter, pass through or remain in the United States legally.

Julio Cesar Soto-Perez and Juan Rafael-Linares stated they had paid money in exchange to be smuggled into the United States. They both stated they had crossed into the United States by jumping over the International Border Fence. They were guided by cell phone to the highway where they were to wait to be picked up by a blue truck. . They arrived at the location where they observed the blue truck waiting and got in. Soto-Perez and Rafael-Linares identified **Williams** by photo lineup, as the driver of the blue truck.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Julio Cesar Soto-Perez and Juan Rafael-Linares

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW _____ for RW | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>February 27, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54