ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
Arizona State Bar No. 024184
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | 19-mj-07189-N/A-LAB |
| v. | |
| Ammon Joseph Ross Williams, | NOTICE OF HEARING |
| Defendant. | |

PLEASE TAKE NOTICE that the video depositions of Julio Cesar Soto-Perez and Juan Rafael-Linares, are currently scheduled for Monday, March 25, 2019, starting at 1:00 p.m., in Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED this 1st day of March, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Rui Wang*
RUI WANG
Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means this 1st day of March, 2019, to:

David Lipartito, Esq.
Mark Willimann, Esq.
BP Prosecution – Michael Ludu
U.S. Marshal's Service
Ref. Mag. Judge - LAB