1    ELIZABETH A. STRANGE
     First Assistant United States Attorney
2    District of Arizona
     United States Courthouse
3    405 W. Congress Street, Suite 4800
     Tucson, Arizona 85701
4    Attorneys for Plaintiff

```
                                    ┌──────────────────────────┐
                                    │ FILED        LODGED      │
                                    │ RECEIVED     COPY        │
                                    │                          │
                                    │    FEB 2 7 2019           │
                                    │                          │
                                    │  CLERK US DISTRICT COURT │
                                    │    DISTRICT OF ARIZONA    │
                                    │ BY_____DEPUTY │
                                    └──────────────────────────┘
```

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8    United States of America,

9                             Plaintiff,                    19-7189 MJ

10              v.

11   Ammon Joseph Ross Williams,                    NOTICE OF HEARING
                                                    VIDEO DEPOSITIONS
12                            Defendant.

13           PLEASE TAKE NOTICE that the video depositions of Julio Cesar Soto-Perez and

14   Juan Rafael-Linares, are currently scheduled for Monday, March 25, 2019, starting at 1:00

15   p.m., in Suite 4700, Grand Jury Room, 4th Floor of the United States District Courthouse,

16   405 West Congress Street, Tucson, Arizona 85701.

17           DATED February 27, 2019.

18                                          ELIZABETH A. STRANGE
                                            First Assistant United States Attorney
19                                          District of Arizona

20

21                                          Assistant U.S. Attorney

22   Copy of the foregoing served electronically or
     by other means dated, February 27, 2019 to:
23
     BP Prosecutions – Michael Ludu
24   U.S. Marshal's Service
     Ref. Mag. Judge -
25

26

27

28